**Order entered September 15, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00816-CR

**EX PARTE BABAK TAHERZADEH**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F16-12037-J**

**ORDER**

Appellant has filed a notice of appeal seeking review of the trial court's order denying bail pending appeal. This is an accelerated appeal governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it with the clerk's record.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **September 25, 2020**. We **ORDER** that the clerk's record contain copies of appellant's motion requesting bail pending appeal; the State's response; the trial court's order denying bail pending appeal; any findings of fact and conclusions of

law issued by the trial court regarding the denial of bail; the judgment of conviction in the underlying case; any other documents, pleadings, or motions related to the application for bail; the trial court's certification of appellant's right to appeal; and any other documents requested by the parties.

We **ORDER** the court reporter to file, by **September 25, 2020**, the reporter's record of the hearing on the application for bail pending appeal. In the event no hearing was conducted or no reporter's record was made of the hearing, the court reporter shall file written verification that no reporter's record was made.

We **ORDER** appellant's brief filed by **October 12, 2020**. We **ORDER** the State to file its brief by **October 27, 2020**. The Court will notify the parties of the submission date and panel by letter.

Appellant's appeal of the judgment adjudicating his guilt and resulting sentence, proceeding under assigned appellate cause number 05-20-00587-CR, is a separate matter subject to the normal briefing schedule established by the Texas Rules of Appellate Procedure. The briefing submitted in this case under the accelerated schedule established above is to be strictly limited to issues arising from the denial of appellant's request for bail pending appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Richard Beacom, sitting by assignment as Presiding Judge, Criminal District

Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/    BILL PEDERSEN, III
       JUSTICE